No. 94–1500.   FRITCH ET UX., ON BEHALF OF FRITCH *v.* CALALLEN INDEPENDENT SCHOOL DISTRICT.   C. A. 5th Cir.   Certiorari denied.

No. 94–1520.   FISHER *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 94–1550.   MCBRIDE *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 94–1570.   RELLA *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 94–1571.   HOWARD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HOWARD *v.* CRYSTAL CRUISES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 94–1587.   MEDINA PUERTA *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 94–1593.   AUSTIN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–1594.   SIDOR *v.* JANIGAN ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 94–7083.   HILLARD *v.* WHITLEY, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 94–7485.   HOLMQUIST *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 94–7511.   GRAY *v.* DISTRICT COURT OF COLORADO, 11TH JUDICIAL DISTRICT, ET AL.   Sup. Ct. Colo.   Certiorari denied.

No. 94–7547.   ADAMS *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 94–7737.   STORM *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 94–7765.   MARTIN *v.* BRISTOL ET AL.   C. A. 6th Cir.   Certiorari denied.